OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 NOV. 03. 2015.

WR-83,479-02

10/28/2015
MARTINEZ, RICKY JOSEPH   Tr. Ct. No. 19069-B(1)
On this day, this Court has granted the trial court's request for an extension of time
to file the supplemental record. The supplemental record is due in this Court on
Monday, January 25, 2016.

Abel Acosta, Clerk

RICKY JOSEPH MARTINEZ
TAYLOR COUNTY JAIL
910 SOUTH 27TH STREET
ABILENE, TX 79602

UTF

RTS

N3B 79602